UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN A. MULLEN,<br><br>        Plaintiff,<br><br>vs.<br><br>E.G.P. & ASSOCIATES, INC.,<br><br>        Defendant. | CIVIL ACTION FILE<br><br>NO. 1:10-cv-02034-SCJ |

## J U D G M E N T

This action having come before the court, Honorable Steve C. Jones, United States District Judge, for consideration of defendant's motion for summary judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendants recover their costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 9th day of February, 2012.

JAMES N. HATTEN
CLERK OF COURT

By:  *s/Frances K. Pinckney*
     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
   February 9, 2012
James N. Hatten
Clerk of Court

By:  *s/Frances K. Pinckney*
        Deputy Clerk